IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIM. NO. 1:22-00151-KD-MU-1 |
| ) | |
| DARMONIE ALLEN, ) | |
| ) | |
| **Defendant** ) | |

**ORDER**

This action is before the Court on Defendant Darmonie Allen's Motion for New Trial pursuant to Fed. R. Crim. P. 33(b)(2) (Doc. 32) and the Government's Response (Doc. 38). Accordingly, for the reasons set forth herein, Defendant's Motion is DENIED.

Defendant Allen challenges his conviction as to Count One (1) of the indictment. Defendant argues that a manifest injustice occurred when the Government's first witness referenced running Defendant's name through a sex offender database.[1] Further, Defendant contends that he was deprived of his right to a fair trial because the Government allegedly threatened a potential witness, Ms. Golston, with prosecution if she were to testify, which resulted in her deciding not to testify.[2]

Rule 33(a) of the Federal Rules of Criminal Procedure provides that "[u]pon the defendant's motion, the court may vacate any judgment and grant a new trial if the interest of justice so requires." This "is a broad standard." United States v. Vicaria, 12 F.3d 195, 198 (11th

---

[1] Defendant Allen stipulated that he was a felon.

[2] Ms. Golston was allegedly going to testify that she possessed the firearm and handed it to Defendant Allen in the heat of the moment when they got pulled over.

Cir. 1994). "The decision to grant or deny the new trial motion is within [the] sound discretion of the trial court and will not be overturned on appeal unless the ruling is so clearly erroneous as to constitute an abuse of discretion." Id.

Upon consideration, the Court adopts the Government's reasoning on pages nine (9) through eleven (11) of its Response (Doc. 38) as the opinion of the Court. Accordingly, Defendant Allen's Motion for New Trial (Doc. 32) is **DENIED**.

**DONE** and **ORDERED** this 17th day of March 2023.

>  /s/ Kristi K. DuBose
>  **KRISTI K. DuBOSE**
>  **UNITED STATES DISTRICT JUDGE**